**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

GLORIA SUN JUNG YUN,

                Plaintiff,

    v.

GLADIACOIN.COM, et al.,

                Defendants.

CIVIL ACTION NO. 3:17-CV-01267

(MARIANI, J.)
(MEHALCHICK, M.J.)

### <u>ORDER</u>

**AND NOW**, this 4th day of May, 2018, for the reasons contained in the Memorandum docketed concurrently with this Order, **IT IS HEREBY ORDERED** that:

1. Plaintiff Gloria Sun Jung Yun may submit pre-discovery subpoenas, along with the complaint, this Order, and the concurrent Memorandum, to Godaddy.com, LLC, Cloudflare, Inc., and AT&T, in order to determine the names and addresses of the Defendants in this matter.

2. The subpoenas may only request the name and address for the subscriber(s) at IP addresses 104.20.177.38, 104.20.176.38, and 104.20.37.141, as well as registrants for www.gladiacoin.com, www.twicecoin.com, www.jet-coin.com, www.williamportillo.com, http://gladiacoin1.gcoinmundial.com, and www.bitcoinsbrain.com. No other information may be requested at this juncture.

3. The Clerk is directed to issue three subpoenas with the case caption and civil action number completed, signed but otherwise blank, to the Plaintiff.

**Dated: May 4, 2018**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**